UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APEX CLEAN ENERGY, INC.,<br>310 4TH St. N.E.<br>Charlottesville, VA 22902<br><br>    Plaintiff<br><br> -against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>20 Massachusetts Ave NW,<br> Washington DC 20529<br><br>    Defendant | Case No.<br><br>COMPLAINT |
| | |

COMPLAINT

INTRODUCTION

1. This is an action brought under the Administrative Procedure Act , 5 U.S.C. § 701 *et seq.,* seeking to have the United States Citizenship and Immigration Services' (USCIS) decision denying Apex Clean Energy, Inc.'s (Apex) petition in File Number EAC1915652096  to classify Saliha Zeynep Kabaca as a specialty occupation worker  and change her nonimmigrant status to "H-1B", Exhibit A,  held unlawful and set aside.

2. As will be shown, the decision was arbitrary and capricious in that it failed to consider the opinion of two leading experts that the job offered Ms. Kabaca was a specialty occupation within the meaning of subclause 4 and the second part of subclause 2  of 8 C.F.R. § 214.2(h)(4)(iii)(A), and, in addition, was entirely unsupported by any evidence in the record.

JURISDICTION

3. This being a civil action against the United States arising under the Administrative Procedure Act, a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

RELEVANT FACTS AND PROCEDURAL HISTORY

4. On April 1, 2019, Apex  filed a petition to classify Kabaca as an H-1B nonimmigrant under section

101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (the Act). Exhibit A at 1, Exhibit B.

5.In this petition Apex introduced itself as follows:

> Apex is an independent renewable energy company focused on building utility-scale generation facilities. Apex is building one of the nation's largest, most-diversified portfolios of renewable energy resources. We are a leader in the renewable energy field, with $4.5 billion in clean energy opportunity created and 2,226 MW of clean energy in operation. We currently employ approximately 230 individuals in the United States. Many of them are professionals with the specialized education needed to work in the clean energy resources industry. The Energy Project Finance Specialist is one of the positions requiring specialized education. Exhibit B at 69.

6. Apex went on to indicate that:

> Apex wishes to employ Ms. Kabaca in the specialty occupation position of Energy Project Finance Specialist. She will be responsible for economic and financial forecasting for wind and solar energy projects, including work regarding debt, sensitivity analysis, and structuring cash and tax equity investment. She will provide technical support for design and construction; and evaluate proposals, bids or RFPs, operating assumptions, cash flows, tax benefits, and other project financing considerations. The specific job duties include the following:
> • Create financial models of assumptions and structures for utility-scale renewable energy projects, including debt, equity, PTC/ITC, grants and other incentives, depreciation benefits, lease financing, and partnership flips. reform sophisticated modeling tasks for wind and solar energy projects with Excel, including coding macros, creating circular spreadsheet models, analyzing financial data, optimizing IRRs with solver and VBA programming.
> • Model economics of project documents, including land leases, IC, EPC/BOP, PPA, and O&M.
> • Conduct analyses of tax agreements, power purchase agreements, lease agreements, bank offerings and interconnection agreements for negotiations of terms of energy projects.
> • Provide narrative analysis of financial models for project financing and investment consideration.
> • Provide project status reports to project teams, management, customers, or owners.
> • Update estimates, forecasts, or budgets for energy projects, including updating all project models with new and revised assumptions. Perform sensitivity analysis on project
> models.
> • Review civil design, engineering, or construction technical documentation to ensure compliance with relevant industrial codes or regulations and to evaluate impact to project
> finances.
> • Provide technical insights to ensure that wind project needs and objectives are met in support of Project Development, Construction and Engineering, Asset Management and other departments.
> • Prepare or assist in the preparation of applications for environmental permits by providing economic analyses of environmental compliance including benefit-cost analysis.

• Review or evaluate proposals or bids to make recommendations regarding awarding of contracts.
• Support Business Development team in responding to requests for proposals (RFPs) for wind project construction or equipment acquisition. Id.  at 69-70.

7. Apex also explained that

The Energy Project Finance Specialist must have a Bachelor's degree in Engineering Management or Business Management, with coursework or experience in financing and financial modeling, including as they pertain to the energy industry. This specialized education is a minimum for performing the complex tasks of the position. As detailed above, the Energy Project Finance Specialist must create and manipulate sophisticated financial models for wind and solar projects and play a key role in negotiating and managing these renewable energy projects. This could not be done without an advanced understanding of the financing and management of energy projects and proficiency with the associated modeling methodologies taught in graduate Engineering Management
or Business Management programs. Id. at 70-71.

8. The petition also contained a copy of Ms. Kabaca's Master of Engineering Management diploma

from Duke University.

9. On May 29, 2019, the USCIS issued a request for evidence questioning whether the job offered was

in a specialty occupation.

10. On approximately August 19, 2019, Apex responded with a still more detailed description of the

duties of the position as well as an equally detailed description of the coursework needed to perform

these duties:

Create financial models of assumptions and structures for utility-scale renewable energy projects, including debt, equity, PTCIJTC, grants  and other incentives,  depreciation benefits, lease financing, and partnership flips.
•   Provide    narrative    analysis of financial models for project financing and investment consideration.
•   Update estimates, forecasts, or budgets for energy projects, including updating all project models with new and revised assumptions. Perform sensitivity analysis on project models.

2

- Prepare or assist in the preparation of applications for environmental permits by providing economic analyses of environmental compliance including benefit-cost analysis.

More Detailed Description

The Energy Project Finance Specialist's main duty is to keep project financial models up to date; communicating regularly with Engineering, Construction, Development, Wind/Solar Resource, Land, and Legal teams. Assess all project intel from these teams, convert information to project model inputs and conduct project finance modeling. Calculate the economic impact of any material information received from teams on Apex's profit margin. Create custom pro-formas and tools for projects that involve special financial products; sale-leaseback, investment royalty or other distinct features. Quantify the improvements or drawbacks of such products and make suggestions on investment decisions. Support project developers by creating customized Excel tools that calculate the financial impacts ofproposed property taxes from counties, environmental mitigation costs for endangered species, landowner payments and special leases. Support the project developer in counties that have complex property tax mies by communicating with outside tax consultants.

Coursework Needed to Perform Tasks

**Finance in High-Tech Industries (EGRMGMT 530):** Tasks require financial analysis with discounted cash flows and calculate project retums on a daily basis. These activities are the essence of project finance. Courses teaches how to structure and discount cash inflows (e.g., power sales through off-take agreements) and cash outflows (e.g. O&M, land lease, BOP, property tax and insurance) and how to calculate IRR, NPV and payback period based on discounted cash flows. All essential knowledge to perform tasks. Course also teaches how to compare and make investment decisions based on the net present value calculations. Tasks involve conducting such comparative analysis on several scenarios involving environmental mitigation scenarios, property tax payment scenarios and purchase/rent decisions on land use.

_____  ___

Listed Job Tasks

- Review or evaluate proposals or bids to make recommendations regarding awarding of contracts.
- Support Business Development team in responding to requests for proposals (RFPs) for wind project construction or equipment acquisition.

More Detailed Description

Work closely with Business Development team on responding to RFPs (Request for Proposal) published by C&I and Utilities seeking renewable energy procurement. Constmct the financial model with the type of power offtake product specified in the RFPs. Run LCOE, IRR, NPV and Profit sensitivities on the Power Purchase Agreement (PPA)

3

pricing.  Create pricing  sheets  and report  all the  sensitivities for the Pricing Meetings with the participation of the  management team to finalize  responses to RFPs; answer
 questions regarding sensitivities and pricing

Coursework Needed to Perform Tasks

**Modeling for Energy Systems (ENVIRON 635):** Course provide needed background in US energy sector   and power   markets through case   studies   requiring Excel   modeling. Worked on applications and  case  studies  dealing  with energy   systems  problems, their externalities, and government policies  that  affect them; all market forces that  define  our power   merchant  forecast price   assumptions   and  as  a  result  shape   the  pricing recommendations generated as part of Energy  Project Finance Specialist role.

Listed Job Task

- Perform sophisticated modeling  tasks for wind  and  solar  energy projects with  Excel, including coding  macros,  creating  circular spreadsheet models,  analyzing financial data, optimizing IRRs with solver and VBA programming.

More Detailed Description

Energy Finance Specialist tasked with   increasing finance   model   efficiency through  VBA programming. This requires optimization of financial model  macros  in VBA by creating a Master Excel  Workbook to store all customized tools developed to date by financial analyst team,  tools such  as tornado chart, sources  and uses  tables, change  registers and  so on. Program a custom user interface and customized Excel  Ribbon to create shortcuts to all the macros that the financial analyst team uses on a daily basis. Develop macros  that  enables the  use  of tools  stored in the  Master Excel  Workbook on the  project model  by a single click.  Convert the  custom user interface to an Excel Add-in, share  and install the add-in to all  financial  analyst  computers,  enabling  them  to operate the   project models   more effectively.

Coursework Needed to Perform Tasks

**Modeling for  Energy Systems  (ENVIRON 635):** Energy Project Finance  Specialist must do extensive  Excel  Modeling;  coding  macros,  creating   circular  spreadsheet models, analyzing financial  data,  optimizing IRRs with  solver  and VBA programming.  Course builds on knowledge of advanced calculation and optimization programs like MATLAB to teach how to use Excel VBA. Provides needed education to become advanced Excel user.

Listed Job Tasks

- Model economics of project documents,  including  land leases,  IC,  EPC/BOP, PPA,  and O&M

- Conduct analyses of tax agreements, power purchase agreementConducting analyses of lease agreements, bank offerings and  interconnection agreements for negotiations of terms of energy projects.
- Review civil design, engineering, or construction technical documentation to ensure compliance with relevant industrial codes  or regulations and to evaluate impact to project finances.
- Provide project status reports to project teams, management, customers, or owners.

More Detailed Description

Support the deal team, Senior VP and Senior Director of Finance,  on, for example, a build- transfer deal of a 385 MW wind project in Michigan. Prepare customized financial models  for mezzanine debt  and  construction loan lenders. Work with legal team to identify risk elements in Build- Transfer Agreement and visualize Apex Equity risk  exposure through decision  trees. Make  a presentation to the  Investment Committee, i.e. C-suite, addressing any questions regarding the relationship between the major turbine and security  payments, and the  magnitude of Apex risk exposure. Collect  the  construction loan term-sheets from more than  a dozen  banks;  review all material, and  follow-up with associates at banks on construction loan   sizing and   pricing. Understand all  information presented and  create monthly sources  and uses tables for the  deal team  as well  as visual materials comparing upfront fees, loan margins and Apex  profit  margin. Work with the  Engineering team  and Legal team  to  identify indemnities in Balance  of Plant  and Turbine Supply Agreements; analyze and  visualize how the Apex Equity risk is reduced by indemnities. Support  all due- diligence activities.

Coursework Needed to Perform Tasks

**Intellectual Property,  Business  Law, and Entrepreneurship (EGRMGMT 520):** Energy Project  Finance Specialist must  review and  understand legal  documents  such  as land lease agreements as they relate to obligation to pay landowners, state revenue rulings  relating to sales and use tax, state   tax bills relating to property tax, bank offerings relating to construction or mezzanine loan to finance  our projects, letter of intents relating to the financial terms   of transactions of developed projects and their assets  to a sponsor, decommissioning plans  relating to  letter of credit  facilities, and  request for proposals relating to potential offtake agreements. Course  teaches how  to  identify  indemnities, understand the contract risks,   covenants and liabilities. Background needed  to know  what information to look for  in long legal  documents, such  as Build-transfer Agreements, Turbine Supply Agreements, Balance of Plant  Agreements and  how  to  extract the information to plug  into project financial  models  or to create custom visualization tools.

**Advanced  Finance  for Technology-Based  Companies (EGRMGMT  532):** This advanced level  finance course  needed  so Energy  Finance  Specialist can understand and model bank offerings such as a construction loan which is a short-term loan and mezzanine debt  which can be a short  or a long-term loan.  Course  teaches how  to calculate financial results and consequences of lending and borrowing money  and enables individual to model different  scenarios and  advise

on borrowing choices that benefit company. Teaches comparing different bank offerings and presenting results.

More detailed Description

> Troubleshoot Solar Project Model pro-forma and add detailed costs modeling related to solar technology. Communicate regularly with Solar Development, Engineering, Construction Teams and Solar Resource Team on the solar technology to increase the functioning of solar financial model and improve accuracy in covering solar industry applications and standards. Improve financial model by adding degradation costs based on module type; monocrystalline or polycrystalline, including availability assumptions as part of the total energy produced, converting NCF metric to specific yield which is the industry standard for solar energy production reporting

Coursework Needed to Perform Tasks

> **Management of High-Tech Industries (EGRMGMT 540):** Needed background for collaboration with different departments in preparing reliable and accurate financial models for projects Teaches to manage financial inputs by building accountability, communicate effectively, resolve misunderstandings and have difficult conversations that lead to positive outcomes. Teaches how to effectively give and receive constructive feedback.

23. Apex also submitted extensive evidence that the duties of this position required a specialized degree in engineering management or related field, including a letter from Pam Poisson, Chief Financial Officer and Senior Vice President of Operations of the AWEA (American Wind Energy Association), the national trade association for the U.S. wind industry, explaining that "I am writing to confirm that organizations in the renewable energy field such as Apex Clean Energy ("Apex") routinely employ individuals with at least a Bachelor's in Engineering Management or a related field for positions such as the Energy Project Finance Specialist. This position is the basis for Apex's H-1B petition for Saliha Kabaca. Education in such a degree program is needed to perform the complex and sophisticated job tasks of the proffered position." Exhibit D at 22.

25. Ms. Poisson explained that she is a finance professional who has worked in the renewable energy field for nearly 10 years and that in her role overseeing AWEA's Human Resources function, she has become familiar with the hiring needs of those in the renewable energy industry.

26. The reasons for Ms. Poisson's opinion are described in elaborate and closely reasoned detail in her supporting letter. Exhibit D at 22- 27.

28. Apex also submitted a letter from Dr. Bradley Fox, Associate Dean of the Engineering Master Program and Executive Director of the Master of Engineering Management at Duke University. Exhibit D at 29.

27. Dean Fox opines that performance of the job tasks of the offered position would require, at a minimum, a Bachelor's, and preferably a Master's, in Engineering Management or a related field with energy industry coursework. Dean Fox explains:

> To competently perform these job tasks, one must be knowledgeable of the energy industry from both a technical and a business perspective. The technical perspective is required to understand the complex technical requirements and the ability and extent of the proposed solutions to address the customer's needs. It is important to have specific knowledge of energy systems to make these technical assessments.

> To competently perform these job tasks, one must be knowledgeable of the energy industry from both a technical and a business perspective. The technical perspective is required to understand the complex technical requirements and the ability and extent of the proposed solutions to address the customer's needs. It is important to have specific knowledge of energy systems to make these technical assessments.

> The business perspective is required to understand the customer's needs and to develop business models to project how the proposed solutions will address these needs and translate into financial returns for the customer. It is also critical to be an effective communicator and work effectively with individuals within and outside of the organization. Finally, it is important to have an understanding of business and contract law to analyze and interpret various agreements related to the terms of the project.

> Additionally, the combination of technical and business perspectives are required to ensure customer needs, technical requirements, technical solutions and financial impact are all aligned and integrated. Lack of communication between the technical organization and the business organization and a common source of problems in the completion of large, complex projects. Having an individual versed in both the technical and the business aspects of a project eliminates the potential to a miscommunication and improves project performance and outcomes.

> Her classes related to modeling of energy systems, energy economics, and energy policy provided the needed foundation to understand the energy industry. The courses related to finance and the development of technical and financial models enable her to build complex models to project

the financial performance of proposed energy solutions. The marketing coursework enabled her to better understand customers and customer needs, while the intellectual property and business law class was needed to understand complex legal agreements.

[

27. Nevertheless, on September 27, 2019, the USCIS issued a decision denying Apex's petition because it supposedly had failed to establish that the job offered qualified as a specialty occupation under any of the four criteria set forth in 8 C.F.R. § 214.2(h)(4)(iii), providing that:

Criteria for H-1B petitions involving a specialty occupation.

(A) Standards for specialty occupation position. To qualify as a specialty occupation, the position must meet one of the following criteria:

(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;

(2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;

(3) The employer normally requires a degree or its equivalent for the position; or

(4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

28. Although the decision dismissed the opinions of Ms. Poisson and Dr. Fox as they pertained to the first portion of subclause 2 of this regulation, it did not consider, or even mention, their opinions in determining that Apex had failed to establish that the job offered was a specialty occupation under the second portion of subclause 2 nor in connection with subclause 4 at all.

This action ensued.

CAUSE OF ACTION

COUNT I

THE USCIS' DECISION WAS ARBITRARY AND CAPRICIOUS BECAUSE IT FAILED TO CONSIDER EXTENSIVE EVIDENCE CONTRADICTING ITS CONCLUSION

29. 5 U.S.C. § 706 provides in material part that:

To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall—

**(1)** compel agency action unlawfully withheld or unreasonably delayed; and
**(2)** hold unlawful and set aside agency action, findings, and conclusions found to be—
**(A)** arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

30. Inasmuch as the USCIS' decision in this action completely ignored both expert opinions submitted by Apex in support of two of the criteria by which a job may be determined to be in a specialty occupation, the agency's decision was arbitrary and capricious and so should be held unlawful and set aside.

31. USCIS provided only one reason for denying this petition and that is that it failed to establish that the job offered wasn't a specialty occupation.

32. Although Apex provided the agency with letters from 2 experts   in support of its position that it satisfied the second part of criterion 2[1] and at least 1 that it satisfied criterion 4,  the agency neither considered nor even acknowledged either of them in its consideration of either of these tests.

33.  For example, Pam Poisson, in the first paragraph of her letter, opined that:

> organizations in the renewable energy  field such as Apex Clean Energy  ("Apex')
> routinely employ individuals with  at least a Bachelor's in Engineering Management or a
> related field for positions  such as the  Energy  Project Finance Specialist. This position is
> the basis for Apex's H-lB petition  for Saliha Kabaca. The specialized  education received
> in such a degree  program is needed  to perform the  complex  and sophisticated job tasks
> of the proffered position.
> Exhibit D at 22.

---

[1] Criterion 2 consists of a two pronged test connected by the word "or". Accordingly, satisfaction of either prong of this criterion establishes that the job offered is a specialty occupation.

34. Therefore Ms. Poisson unmistakably concluded that this position is so complex that it can only be performed by an individual with a bachelor's degree in engineering management or related field, and so satisfies the second prong of criterion 2.

35. Further, Dean Fox , after detailing the duties of the offered position at length concludes that:

> it is my opinion that these job tasks are so specialized and complex that one could not perform them without, at a minimum, the education, training and skills generally attained in earning at least a Bachelor's, and preferably a Master's, in Engineering Management or a degree in a related field such as Business Management with coursework relevant to the energy industry.
>
> Exhibit D at 31

36. Accordingly, both of these letters directly assert that the particular position is so complex that it can only be performed by an individual with a specialized degree, and so qualifies as a specialty occupation under the second alternative of criterion 2.

37. Further, Dean Fox's letter directly asserted that the duties of the offered position are "so specialized and complex", *supra*, that it requires someone with a specialized degree to perform and therefore squarely meets the requirements of criterion 4.

38. "USCIS (is) free to take issue with the substance, credibility, or weight of the evidence submitted and explain why it took such issue, but the agency was not permitted to pretend the evidence did not exist." *Stellar IT Sols., Inc. v. United States Citizenship & Immigration Servs.*, 2018 U.S. Dist. LEXIS 196284, *23.

39. ("[A]n agency cannot ignore evidence contradicting its position." *Genuine Parts Co. v. EPA*, 890 F.3d 304, 312 (D.C. Cir. 2018) (quoting *Butte Cty. v. Hogen*, 613 F.3d 190, 194, 392 U.S. App. D.C. 25 (D.C. Cir. 2010)).

40. Inasmuch as the USCIS' decision completely failed to consider and in fact ignored the opinions of both of Apex's experts in concluding that the job offered to Ms. Kabacana did not qualify as a

specialty occupation under criterion 4 or the second prong of criterion 2 of § 214.2(h)(iii)(A), it

was arbitrary and capricious and so should be held unlawful and set aside.

COUNT II

THE AGENCY'S DECISION WAS ARBITRARY AND CAPRICIOUS
BECAUSE IT WAS UNSUPPORTED BY ANY EVIDENCE

41. The plaintiff adopts by reference herein all of the preceding averments of this complaint.

42. The record contains substantial evidence that the proffered position satisfied the requirements to

be classified as a specialty occupation set forth in the 4th subclause and the 2nd prong of the 2nd

subclause of 8 C.F.R. § 214.2(h)(4)(iii)(A), i.e., the competent and uncontested opinions of Pam

Poisson and Dean Bradley Fox.

43. The record contains no evidence to the contrary.

44. Accordingly, the USCIS' conclusion that Apex failed to carry its burden of proving that the job

offered was a specialty occupation was not supported by substantial, or in fact any, evidence.

45. A decision which is unsupported by substantial evidence is arbitrary and capricious. *Association

of Data Processing Serv. Orgs. v. Board of Governors*, 240 U.S. App. D.C. 301, 745 F.2d 677,

683 (D.C. Cir. 1984) (Scalia, J)

WHEREFORE inasmuch as the agency's decision in this matter was arbitrary and capricious this

Court should exercise its authority under 5 U.S.C. § 706(2) to hold it unlawful and set it aside.

FURTHER, inasmuch as the agency's arbitrary decision in this matter has unreasonably delayed

a proper decision in this matter, this Court should exercise its authority under 5 U.S.C. § 706(1)

to compel the agency to issue a new decision in this matter which is neither arbitrary, nor

capricious, nor an abuse of discretion nor not in accordance with law, within no more than thirty

(30) days of the date of its Order setting aside the decision herein.

Respectfully submitted this 9th day of March, 2020


*s/Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway, Ste 307
New York, NY 10007
646-845-9895