UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APEX CLEAN ENERGY, INC.,<br>310 4TH St. N.E.<br>Charlottesville, VA 22902<br><br>     Plaintiff<br><br>    -against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br> 20 Massachusetts Ave NW,<br> Washington DC 20529<br><br>     Defendant | Case No.    1:20-cv-00682-BAH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted this 27th day of April, 2020


s/*Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiff
225 Broadway Ste 307
New York, NY 10007
646-845-9895
Fx: 206-770-6350